IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JORDAN SADE ZUMO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:25cv788-MHT |
| | ) | (WO) |
| CITY OF MILLBROOK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who at the time was incarcerated in the Elmore County Jail, filed this lawsuit complaining about an arrest and seeking to be released from jail and to avoid being sent to a rehabilitation facility. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for her failure to comply with the court's directives to notify the court of any change of address, and because plaintiff's whereabouts are now unknown and this case cannot proceed without her involvement. There are no objections to the

recommendation.   After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 14th day of May, 2026.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE